IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

JUDY (KINNEY) MARTIN,

    Plaintiff,

v.

STERICYCLE, INC. and SCHERER HEALTHCARE, INC. d/b/a BIOSYSTEMS,

    Defendants.

No. 1:04-cv-12027-NMG

## NOTICE OF APPEARANCE

Kindly enter the appearance of Thomas E. Shirley and Lisa M. Gaulin on behalf of Defendants Stericycle, Inc. and Scherer Healthcare, Inc. d/b/a Biosystems.

    Respectfully submitted,

    STERICYCLE, INC. and
    SCHERER HEALTHCARE, INC. d/b/a BIOSYSTEMS

    By their attorneys,

    */s/ Lisa Gaulin*
    Thomas E. Shirley, Esq. (BBO# 542777)
    Lisa M. Gaulin, Esq. (BBO# 654655)
    CHOATE, HALL & STEWART
    Exchange Place
    53 State Street
    Boston, MA 02109-2891
    617-248-5000

Dated: November 8, 2004

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY (MAIL)/HAND ON DATE 11/8/04 SIGNATURE /s/ Lisa Gaulin

3765386v1