IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

JUDY (KINNEY) MARTIN,

      Plaintiff,

v.

                                  No. 1:04-cv-12027-NMG

STERICYCLE, INC. and SCHERER
HEALTHCARE, INC. d/b/a BIOSYSTEMS,

      Defendants.

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Defendants, STERICYCLE, INC. and SCHERER HEALTHCARE, INC. d/b/a BIOSYSTEMS, by their attorneys, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, state there are no parent corporations nor any other corporations that own 10% or more of the stock of either Defendant.

Respectfully submitted,

STERICYCLE, INC. and
SCHERER HEALTHCARE, INC. d/b/a BIOSYSTEMS

By their attorneys,

_Lisa Gaulin_

Thomas E. Shirley, Esq. (BBO# 542777)
Lisa M. Gaulin, Esq. (BBO# 654655)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109-2891
617-248-5000

Dated: November 8, 2004

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY (MAIL) HAND ON
DATE 11/8/04 SIGNATURE _Gaulin_

3765500v1