UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDY (KINNEY) MARTIN,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>STERICYCLE, INC. and SCHERER  )<br>HEALTHCARE d/b/a BIOSYSTEMS,  )<br>  )<br>Defendants.  ) | No.: 1:04-cv-12027-NMG |

## MOTION FOR LEAVE TO ADMIT STEVEN L. HAMANN *PRO HAC VICE*

The undersigned, counsel for Defendants Stericycle, Inc. and Scherer Healthcare d/b/a BioSystems and members of the bar of this Court, hereby request, pursuant to Local Rule 83.5.3(b), that Steven L. Hamann, Esq. be permitted to appear as counsel for Defendants and practice in this Court *pro hac vice*. The Certificate of Mr. Hamann in support of this application is submitted herewith.

Respectfully submitted this 10 day of November, 2004.

STERICYCLE, INC. and SCHERER
HEALTHCARE d/b/a BIOSYSTEMS

By its attorneys,

/s/ Lisa Gaulin
Thomas E. Shirley, Esq. (BBO# 542777)
Lisa M. Gaulin, Esq. (BBO# 654655)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109-2891
617-248-5000

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY (MAIL)/HAND ON
DATE 11-10-04 SIGNATURE /s/ Gaulin

## CERTIFICATE UNDER LOCAL RULE 7.1(A)(2)

I hereby certify that, pursuant to Local Rule 7.1(A)(2), I have conferred with counsel for the plaintiff prior to filing this Motion, and that the plaintiff does not oppose this Motion.

*Lisa Gaulin*
Lisa M. Gaulin