UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JUDY (MARTINI) KINNEY,  )
                        )
        Plaintiff,      )
                        )
v.                      )   No.: 1:04-cv-12027-NMG
                        )
STERICYCLE, INC. and    )
SCHERER HEALTHCARE, INC.)
d/b/a/ BIOSYSTEMS       )
                        )
        Defendants.     )

## CERTIFICATE OF STEVEN L. HAMANN
## IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Steven L. Hamann, duly sworn on oath, states as follows:

1. I am a shareholder with the firm of Vedder, Price, Kaufman & Kammholz, P.C., which is located at 222 N. LaSalle Street, Suite 2600, Chicago, Illinois 60601.

2. I have been admitted to practice before the follow courts in the years indicated:

    State of Illinois, 1987
    U.S. District Court, Northern District of Illinois, 1987

3. I am an attorney in good standing and eligible to practice in the above-referenced courts. I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this __8__ day of November, 2004.

_____
Steven L. Hamann

3097392v1

CHICAGO/#1301369.1