UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDY (KINNEY) MARTIN,    )<br>           )<br>Plaintiff,    )<br>           )<br>v.    )<br>           )<br>STERICYCLE, INC. and SCHERER    )<br>HEALTHCARE d/b/a BIOSYSTEMS,    )<br>           )<br>Defendants.     | No.: 1:04-cv-12027-NMG |

## MOTION FOR LEAVE TO ADMIT AARON R. GELB *PRO HAC VICE*

The undersigned, counsel for Defendants Stericycle, Inc. and Scherer Healthcare d/b/a BioSystems and members of the bar of this Court, hereby request, pursuant to Local Rule 83.5.3(b), that Aaron R. Gelb, Esq. be permitted to appear as counsel for Defendants and practice in this Court *pro hac vice*. The Certificate of Mr. Gelb in support of this application is submitted herewith.

Respectfully submitted this 10 day of November, 2004.

           STERICYCLE, INC. and SCHERER
           HEALTHCARE d/b/a BIOSYSTEMS

           By its attorneys,

           /s/ Lisa Gaulin
           Thomas E. Shirley, Esq. (BBO# 542777)
           Lisa M. Gaulin, Esq. (BBO# 654655)
           CHOATE, HALL & STEWART
           Exchange Place
           53 State Street
           Boston, MA 02109-2891
           617-248-5000

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY (MAIL)/HAND ON
DATE 11-10-04 SIGNATURE /s/ Lisa Gaulin

## CERTIFICATE UNDER LOCAL RULE 7.1(A)(2)

I hereby certify that, pursuant to Local Rule 7.1(A)(2), I have conferred with counsel for the plaintiff prior to filing this Motion, and that the plaintiff does not oppose this Motion.

*Lisa Gaulin*
Lisa M. Gaulin