UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDY (MARTINI) KINNEY,<br><br>        Plaintiff,<br><br>v.<br><br>STERICYCLE, INC. and<br>SCHERER HEALTHCARE, INC.<br>d/b/a/ BIOSYSTEMS<br><br>        Defendants. | No.: 1:04-cv-12027-NMG |

**CERTIFICATE OF AARON R. GELB
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

Aaron R. Gelb, duly sworn on oath, states as follows:

1. I am an associate with the firm of Vedder, Price, Kaufman & Kammholz, P.C., which is located at 222 N. LaSalle Street, Suite 2600, Chicago, Illinois 60601.

2. I have been admitted to practice before the follow courts in the years indicated:

   State of Missouri, 1995
   State of Illinois, 1996
   U.S. District Court, Eastern District of Missouri, 1995
   U.S. District Court, Southern District of Illinois, 1998
   U.S. District Court, Western District of Texas, 1998
   U.S. District Court, Northern District of Illinois, 1999
   U.S. District Court, Eastern District of Michigan, 1999
   U.S. District Court, Central District of Illinois, 2001
   U.S. District Court, Eastern District of Wisconsin, 2001
   U.S. Court of Appeals, 8th Circuit, 1998
   U.S. Court of Appeals, 7th Circuit, 1999
   U.S. District Court, Colorado, 2002
   U.S. District Court, Eastern District of Texas, 2002

3. I am an attorney in good standing and eligible to practice in the above-referenced courts. I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 8th day of November, 2004.

_____
Aaron R. Gelb

3097392v1

CHICAGO/#1301355.1