UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JUDY (KINNEY) MARTIN )<br>  Plaintiff )<br>  )<br>vs. )<br>  )<br>STERICYCLE, INC. AND )<br>SCHERER HEALTHCARE, INC. )<br>d/b/a BIOSYSTEMS )<br>  Defendants )  | DOCKET NO:<br>1:04-cv-12027-NMG |

**PLAINTIFF'S VOLUNTARY DISMISSAL OF COUNTS VII, VIII AND IX
BY STIPULATION PURSUANT TO RULE 41(a)**

NOW COMES, the Plaintiff, Judy (Kinney) Martin and voluntarily dismisses Counts VII, VIII and IX of the Complaint.  All other counts remain outstanding.

                Respectfully submitted,

                JUDY (KINNEY) MARTIN
                By Her Attorneys:
                D'Amante Couser Steiner Pellerin, P.A.

Dated: November 23, 2004        /s/   Richard B. Couser
                Richard B. Couser (BBO: 645543)
                D'Amante Couser Steiner Pellerin, PA
                Nine Triangle Park Drive
                P.O. Box 2650
                Concord, NH 03302-2650
                (603)-224-6777