UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JUDY (KINNEY) MARTIN )<br>    Plaintiff )<br> )<br>vs. )<br> )<br>STERICYCLE, INC. AND )<br>SCHERER HEALTHCARE, INC. )<br>d/b/a BIOSYSTEMS )<br>    Defendants ) | DOCKET NO:<br>1:04-cv-12027-NMG |

### PLAINTIFF'S VOLUNTARY DISMISSAL OF COUNTS V AND VI
### BY STIPULATION PURSUANT TO RULE 41(a)

NOW COMES, the Plaintiff, Judy (Kinney) Martin and voluntarily dismisses Counts V and VI of the Complaint. All other counts not previously voluntarily dismissed remain outstanding.

Respectfully submitted,

JUDY (KINNEY) MARTIN
By Her Attorneys:
D'Amante Couser Steiner Pellerin, P.A.

Dated: November 24, 2004        /s/ Richard B. Couser
Richard B. Couser (BBO: 645543)
D'Amante Couser Steiner Pellerin, PA
Nine Triangle Park Drive
P.O. Box 2650
Concord, NH 03302-2650
(603)-224-6777