UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JUDY (KINNEY) MARTIN<br>　　　Plaintiff<br><br>　　vs.<br><br>STERICYCLE, INC. AND<br>SCHERER HEALTHCARE, INC.<br>d/b/a BIOSYSTEMS<br>　　　Defendants | DOCKET NO:<br>1:04-cv-12027-NMG |

**PLAINTIFF'S AMENDED VOLUNTARY DISMISSAL OF COUNTS VII, VIII AND IX WITH PREJUDICE BY STIPULATION PURSUANT TO RULE 41(a)**

NOW COMES the Plaintiff, Judy (Kinney) Martin and voluntarily dismisses Counts VII, VIII and IX of the Complaint with prejudice..  All other counts not otherwise voluntarily dismissed remain outstanding.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　JUDY (KINNEY) MARTIN
　　　　　　　　　　　　　　　　　　　By Her Attorneys:
　　　　　　　　　　　　　　　　　　　D'Amante Couser Steiner Pellerin, P.A.

Dated: November 29, 2004　　　　　　　/s/   Richard B. Couser
　　　　　　　　　　　　　　　　　　　Richard B. Couser (BBO: 645543)
　　　　　　　　　　　　　　　　　　　D'Amante Couser Steiner Pellerin, PA
　　　　　　　　　　　　　　　　　　　Nine Triangle Park Drive
　　　　　　　　　　　　　　　　　　　P.O. Box 2650
　　　　　　　　　　　　　　　　　　　Concord, NH 03302-2650
　　　　　　　　　　　　　　　　　　　(603)-224-6777