UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDY (KINNEY) MARTIN )<br>　　　Plaintiff　　　　　)<br>　　　　　　　　　　　　)<br>　　　　　　　　　　　　)<br>vs.　　　　　　　　　　)<br>　　　　　　　　　　　　)<br>STERICYCLE, INC. AND　)<br>SCHERER HEALTHCARE, INC. )<br>d/b/a BIOSYSTEMS　　　 )<br>　　　Defendants　　　 )<br>　　　　　　　　　　　　) | DOCKET NO:<br>1:04-cv-12027-NMG |

## CERTIFICATION OF CONFERMENT

NOW COMES, Judy (Kinney) Martin with her attorneys D'Amante Couser Steiner Pellerin, P.A. and hereby affirms that they have met and conferred over the following topics:

1. With a view to establish a budget for the costs of conducting the full course – and various alternative courses of the litigation; and

2. To consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,

JUDY (KINNEY) MARTIN
By Her Attorneys:
D'Amante Couser Steiner Pellerin, P.A.

Dated: 12/2/04

_____
Richard B. Couser (BBO: 645543)
D'Amante Couser Steiner Pellerin, PA
Nine Triangle Park Drive
P.O. Box 2650
Concord, NH 03302-2650
(603)-224-6777

1

Dated: 12/2/04

Judy (Kinney) Martin