UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| JUDY A. (KINNEY) MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>STERICYCLE, INC., and SCHERER HEALTHCARE, INC. d/b/a BIO SYSTEMS,<br><br>Defendants. | No. 1:04-cv-12027-NMG |

## MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFF'S RETALIATION CLAIMS (COUNTS III & IV) AND HER CONSTRUCTIVE DISCHARGE CLAIM (COUNT V)

Defendants Stericycle, Inc. and Scherer Healthcare, Inc. d/b/a Bio Systems, by and through their attorneys and pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 12(b)(6), hereby move for summary judgment as to Plaintiff Judy A. (Kinney) Martin's retaliation claims (Counts III and IV) and the constructive discharge claim in Count V.

1. In support of this Motion, Defendants submit a Memorandum in Support of Their Motion for Summary Judgment and an Appendix that includes the following:

   a. Transcript of the Deposition of Judy (Kinney) Martin at Tab A

   b. Transcript of the Deposition of Marlynn Cohen at Tab B

   c. Transcript of the Deposition of Joe D'Agata at Tab C

   d. Transcript of the Deposition of William Martin at Tab D

   e. Errata sheet from the Deposition of Judy (Kinney) Martin at Tab E

   f. Opinion from Cerqueira v. Corning Net Optix, No. Civ. A. 03-10306-DPW, 2004 WL 1932758 at *7 (D. Mass. Aug. 13, 2004) at Tab F.

2. Further in support of their Motion, Defendants state as follows:

CHICAGO/#1305947.1 12/7/04
3774719v1

3.  Defendants are entitled to summary judgment because Plaintiff cannot establish that she was constructively discharged because her work environment was not intolerable when she quit and because Defendants' response to Plaintiff's April 30 complaint effectively remedied the alleged harassment.

4.  Defendants are entitled to summary judgment because Plaintiff cannot establish a prima facie case of retaliation because she did not experience an adverse employment action and she cannot show the stated reason for the challenged action was pretextual.

WHEREFORE, Defendants respectfully request this Court to enter an order granting summary judgment in their favor on Counts III, IV and as to the constructive discharge claim in Count V.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), the Defendants respectfully request oral argument on this Motion.

Respectfully submitted,

Stericycle, Inc. and
Scherer Healthcare, Inc. d/b/a Bio Systems,

By Their Attorneys,

_____
Thomas E. Shirley (BBO # 542777)
Lisa M. Gaulin (BBO # 654655)
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA 02109-2804
Telephone: (617) 248-5000
Facsimile: (617) 248-4000

Steven L. Hamann (admitted *pro hac vice*)
Aaron R. Gelb (admitted *pro hac vice*)
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL 60601-1003
Telephone: (312) 609-7500
Facsimile: (312) 609-5005

December 7, 2004

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY (MAIL) HAND ON
DATE_____ SIGNATURE_____

## Local Rule 7.1(A)(2) Certification

Pursuant to Local Rule 7.1(A)(2), I, Aaron R. Gelb, hereby certify that on November 23, 2004, I conferred with plaintiff's counsel, Richard B. Couser, in a good-faith attempt to resolve or narrow the issues in the foregoing motion. We were unable to do so.

_____
Aaron R. Gelb

CHICAGO/#1307482.1