UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| JUDY (KINNEY) MARTIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STERICYCLE, INC. and SCHERER )<br>HEALTHCARE d/b/a BIOSYSTEMS, )<br>)<br>Defendants. ) | No.: 1:04-cv-12027-NMG |

### INDEX TO MOTION FOR SUMMARY JUDGMENT

A.  Deposition Transcript of Judy A. Kinney

B.  Deposition Transcript of Marilyn Cohen

C.  Deposition Transcript of Joseph D'Agata

D.  Deposition Transcript of William Martin

E.  Errata Sheets and Signature Page of Judy A. Kinney

F.  *Cerqueira, et al. v. Corning Net Optix*, 2004 WL 1932758 (D. Mass.)