UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDY (KINNEY) MARTIN )<br>      Plaintiff )<br> )<br>vs. )<br> )<br>STERICYCLE, INC. AND )<br>SCHERER HEALTHCARE, INC. )<br>d/b/a BIOSYSTEMS )<br>      Defendants )<br> ) | DOCKET NO:<br>1:04-cv-12027-NMG |

**PLAINTIFF JUDY MARTIN'S RULE 26 DISCLOSURE STATEMENT**

NOW COMES thee Plaintiff, Judy (Kinney) Martin, and hereby submits this Rule 26 Disclosure Statement:

1.    Rule 26(a)(1)(A):

A.    Judy Martin
584 Main Street
Sandown, NH 03873
(603)-887-5050

Ms. Martin has knowledge of all aspects of her claims including Billy Martin's sexual harassment of her, her complaints to her supervisor, management's response to her complaints, and her damages.

B.    Fran Eisenman
Arbour Counseling Services
116 Summer Street
Haverhill, MA 01830-6036
(978)- 373-7010

Ms. Eisenman has knowledge of the nature and extent of the damages suffered by Judy Martin from sexual harassment by Billy Martin and the response or lack thereof of her supervisors and higher management to the harassment.

    C.    Dr. Juan Alonzo
           Arbour Counseling Services
           116 Summer Street
           Haverhill, MA 01830-6036
           (978)-373-7010

Dr. Alonzo has knowledge of the nature and extent of the damages suffered by Judy Martin from sexual harassment by Billy Martin, the response or lack thereof of her supervisors and higher management to the harassment and including medications that she has been prescribed.

    D.    Robert Loder
           18 Holts Point Road
           Sandown, NH 03873
           (603)-887-8231

Mr. Loder has knowledge of the sexual harassment of Judy Martin by Billy Martin, the reputation of Billy Martin with respect to treatment of women, Judy Martin's reaction to the sexual harassment by Billy Martin, Judy Martin's complaints to her supervisor about sexual harassment by Billy Martin, and management's reaction to the sexual harassment of Judy Martin by Billy Martin.

    E.       George Lopez
            98 South Pleasant Street–Apt 2L
            Bradford, MA 01835
            (978)-373-2562

Mr. Lopez has knowledge of the sexual harassment of Judy Martin by Billy Martin, the reputation of Billy Martin with respect to treatment of women, Judy Martin's reaction to the sexual harassment by Billy Martin, Judy Martin's complaints to her supervisor about sexual harassment by Billy Martin, and management's reaction to the sexual harassment of Judy Martin by Billy Martin.

    F.       Michael L'Italien
            1476 Lipton Circle
            Suffolk, VA 23434
            (757)-539-8483

Mr. L'Italien has knowledge of the sexual harassment of Judy Martin by Billy Martin, the reputation of Billy Martin with respect to treatment of women, Judy Martin's reaction to the sexual harassment by Billy Martin, Judy Martin's complaints to her supervisor about sexual harassment by Billy Martin, Billy Martin's attitude toward his sexual harassment of Judy Martin and management's reaction to the sexual harassment of Judy Martin by Billy Martin.

    G.       Herbert A. Martin
            584 Main Street
            Sandown, NH 03873
            (603)-887-5050

Mr. Herbert Martin, husband of Judy Martin, has knowledge of the nature and extent of the damages suffered by Judy Martin from the reoccurring sexual harassment by Billy Martin.

    H.      Kim Douphinette
           91 Batchelder Road
           Raymond, NH 03077
           (603)-895-2592

Mrs. Douphinette, sister of Judy Martin, has knowledge of the nature and extent of the damages suffered by Judy Martin from the reoccurring sexual harassment by Billy Martin.

    I.      Jill Page
           3 Pinkerton Street
           Derry, NH 03038

Ms. Page, sister of Judy Martin, has knowledge of the nature and extent of the damages suffered by Judy Martin from the reoccurring sexual harassment by Billy Martin.

    2.      Rule 26(a)(1) (B):

Those documents that were produced in discovery by either side in the proceedings before the Massachusetts Commission Against Discrimination, including documents marked as exhibits at depositions. Also records of Judy Martin's pay, benefits and lost wages, records of Arbour Counseling Services pertaining to Judy Martin, bills of healthcare costs including counseling and prescriptions, and financial statements and other records of the financial status of the defendants, including assets, gross revenues and profits.

3.      Rule 26(a)(1)(C):

Ms. Martin's back and front pay is a continuation of the wages and benefits she was receiving at the time she left the defendants' employment, projected until such time as expert testimony may determine that she will be fully employable again.

Documents or other evidentiary material in support of Plaintiff's damages is as set forth in item 2. above and, to the extent in Plaintiff's possession, is available for inspection and copying.

4.      Rule 26(a)(1) (D):

Not applicable.

                                            Respectfully submitted,

                                            JUDY (KINNEY) MARTIN
                                            By Her Attorneys:
                                            D'Amante Couser Steiner Pellerin, P.A.

Dated: 12/10/04                              /s/   Richard B. Couser
                                            Richard B. Couser (BBO: 645543)
                                            D'Amante Couser Steiner Pellerin, PA
                                            Nine Triangle Park Drive
                                            P.O. Box 2650
                                            Concord, NH 03302-2650
                                            (603)-224-6777

## CERTIFICATE OF SERVICE

    I hereby certify that on this date I have forwarded a copy of Plaintiff Judy Martin's Rule 26 Disclosure to Steven L. Hamann, Esq. and Aaron R. Gelb, Esq., via Regular Mail and to Lisa M. Gaulin, Esq., Electronically.


Dated: 12/10/04                                                 /s/ Richard B. Couser
                                                                                   Richard B. Couser (BBO: 645543)