UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| JUDY A. (KINNEY) MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>STERICYCLE, INC., and SCHERER HEALTHCARE, INC. d/b/a BIO SYSTEMS,<br><br>Defendants. | No. 1:04-cv-12027-NMG |

## CERTIFICATION OF CONFERMENT

Defendants Stericycle, Inc. and Scherer Healthcare, Inc. d/b/a Bio Systems affirm that they met with their attorneys and conferred over the following topics:

1. With a view to establish a budget for the costs of conducting the full course and various alternatives of the litigation; and

2. To consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,

Stericycle, Inc. and Scherer Healthcare, Inc.
d/b/a Bio Systems

By: _____
One of Its Attorneys

Thomas E. Shirley
Lisa K. Gaulin
Choate, Hall & Stewart
53 State Street
Boston, MA 02109-2804
(617) 248-5000
Fax (617) 248-4000

Steven L. Hamann
Aaron R. Gelb

CHICAGO/#1310642.1 12/7/04

Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601-1003
Telephone: (312) 609-7500
Facsimile: (312) 609-5005

*[signature]*

John Matthei, VP Human Resources

Dated: December 7, 2004

CHICAGO/#1310642.1 12/7/04