UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                               )
JUDY (KINNEY) MARTIN           )
       Plaintiff               )
                               )   DOCKET NO:
     vs.                       )   1:04-cv-12027-NMG
                               )
STERICYCLE, INC. AND           )
SCHERER HEALTHCARE, INC.       )
d/b/a BIOSYSTEMS               )
       Defendants              )
_____)
```

**PLAINTIFF'S ASSENTED-TO MOTION TO EXTEND DATE TO RESPOND TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFF'S RETALIATION CLAIMS (COUNTS III & IV) AND HER CONSTRUCTIVE DISCHARGE CLAIM (COUNT V)**

NOW COMES, the Plaintiff, Judy (Kinney) Martin by and through her attorneys D'Amante Couser Steiner Pellerin, P.A. and hereby submits this Assented-to Motion to Extend Date to Respond to Defendants' Motion for Partial Summary Judgment As to Plaintiff's Retaliation Claims (Counts III & IV) and Her Constructive Discharge Claim (Count V) and in support thereof states as follows:

    1.    On December7, 2004 Defendants Stericycle, Inc. and Scherer Healtcare, Inc., d/b/a BioSystems, Inc. filed a Motion to Extend Date to Respond to Defendants' Motion for Partial Summary Judgment As to Plaintiff's Retaliation Claims (Counts III & IV) and Her Constructive Discharge Claim (Count V).

1

2.      Due to previously scheduled commitments and the placement of the holiday during the calendar year, Plaintiff requests an extension of time within which to respond to Defendant's Motion to Extend Date to Respond to Defendants' Motion for Partial Summary Judgment As to Plaintiff's Retaliation Claims (Counts III & IV) and Her Constructive Discharge Claim (Count V) from December 21, 2004 to December 30, 2004.

3.      Counsel for Defendants Stericycle, Inc. and Scherer Healtchare, Inc., d/b/a BioSystems, Inc., has been contacted and consents to the relief requested in this Motion.

WHEREFORE, Plaintiff, Judy (Kinney) Martin respectfully requests that this honorable Court:

1.      Grant this Assented-to Motion to Extend Date to Respond to Defendants' Motion for Partial Summary Judgment As to Plaintiff's Retaliation Claims (Counts III & IV) and Her Constructive Discharge Claim (Count V) to December 30, 2004; and

2.      Grant such other and further relief as may be just and equitable.

Respectfully submitted,

JUDY (KINNEY) MARTIN
By Her Attorneys:
D'Amante Couser Steiner Pellerin, P.A.

Dated: December 16, 2004          /s/  Richard B. Couser
Richard B. Couser (BBO: 645543)
D'Amante Couser Steiner Pellerin, PA
Nine Triangle Park Drive
P.O. Box 2650
Concord, NH 03302-2650
(603)-224-6777