UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDY (KINNEY) MARTIN<br>Plaintiff<br><br>vs.<br><br>STERICYCLE, INC. AND<br>SCHERER HEALTHCARE, INC.<br>d/b/a BIOSYSTEMS<br>Defendants | DOCKET NO:<br>1:04-cv-12027-NMG |

## AFFIDAVIT OF JUDY MARTIN

Judy Martin, being duly sworn, says:

1. After I reported the assault by Billy Martin, he was supposed to be away from the workplace when I was there. However, this rule was not enforced. At least twice per week after that and sometimes more until I finally quit, Billy Martin was in the workplace either when I arrived at the beginning of the day or when I returned at the end of my shift.

2. When he was there during this time, he would stare or leer at me while we were both there. This made me feel extremely uncomfortable, and unsafe.

3. I reported the fact that Billy Martin was still in the workplace and still bothering me to management in our discussions about the fact that their proposed plan to solve the problem was not working. I was told that they felt their plan was satisfactory. Nothing further was done to stop Billy Martin from either being present in the workplace while I was there or from staring and leering at me.

4. When I requested vacation time, there was no discussion regarding whether the time would be paid or unpaid. Had I been offered the opportunity to take unpaid leave in order to have the needed medical procedure, I would have taken unpaid leave.

1

5. When I discussed the need to take time off, I told Joe D'Agata and Phil Davis that the time was for a medical procedure that I needed to have.

Dated: 12-23-04

_____
Judy Martin

STATE OF NEW HAMPSHIRE
COUNTY OF MERRIMACK

Personally appeared the above-named, Judy Martin and made oath that the foregoing statements subscribed by her are true to the best of her knowledge and belief.

Dated: 12/23/04

_____
Notary Public/Justice of the Peace
My commission expires:

GENEVIEVE J. VAN BEAVER
Notary Public - State of New Hampshire
My Commission Expires June 4, 2008