# AFFIDAVIT OF ROBERT LODER

Robert Loder, being duly sworn, says as follows:

1. My name is Robert Loder. I reside at 18 Holts Point Road, Sandown, NH 03873. I have personal knowledge of the matters herein stated.

2. I worked at Bio Systems, Inc., later Stericycle, in Haverhill, Mass. from January of 2003 to March of 2004. I left this employment voluntarily. My job description was truck driver/service tech. My supervisor was Joe D'Agata.

3. I started working with Judy Martin shortly after I started - she would drive and I would help as her service tech and vice versa. Once or twice a week I would drive/ride with Judy. I saw her every day early in the mornings as they were loading their trucks. When acting as a service tech, you would go into the hospital and service the bio hazard containers. Drivers would service a hospital also. Usually when a driver would go to a large hospital (Mass General) a person would go with them in the function of service tech to help get the job done quickly. When I rode/drove with Judy we serviced facilities mostly in Rhode Island. I didn't know her that well at first but got to know her better the more time we spent together. Judy Martin was a very respectful employee and co-worker. While at the hospital she was very professional and a good worker. Judy Martin would deal very kindly with the hospitals/patients that we came into contact with.

4. I spent basically the same amount of time with Billy Martin as I did with Judy Martin. I would on occasion drive/ride with Billy Martin. Billy Martin's route was Boston. I saw him every day - mostly in the mornings. Billy Martin had a tendency to stay out late (he would service a hospital that took longer).

5. I noticed that Billy Martin would put his arm around Judy (around her neck very buddy-buddy). I noticed that she would always push it off. I also witnessed Billy Martin place his arm around Judy Martin's waist. I observed that Billy Martin was very touchy to Judy but not to guys they worked with. This began when I started working there in January, 2003. Most of the contact between Judy Martin and Billy Martin that I witnessed started early in the morning when people were hanging around before the day officially began. People were loading and picking up containers at that time and getting ready to start the day.

1

6. Another driver told me that Billy Martin was asking for hugs from some of the nurses and female hospital staff that he saw on the route of the hospitals he serviced. I also knew of a woman named Mindy who was also being chased around and harassed by Billy Martin and eventually left. I was told that the reason she left was that her husband told her to get out or he was going to kill Billy Martin. As a result of that and his treatment of Judy Martin, most of the men around the warehouse at BioSystems called Billy Martin the "little pervert" or "dirty old man".

7. Billy Martin treated women differently than the men.

8. Judy Martin talked to me about Billy Martin's treatment of her. She was very troubled about it and wished that Billy Martin would take the hint and leave her alone. Everyone they worked with knew there were issues between Judy Martin and Billy Martin. Many felt that it was about time Billy Martin got nailed for sexual harassment. Everybody expected it and no one felt bad for Billy Martin. Judy Martin was a good worker who got along well with everyone at Bio Systems except Billy Martin.

9. Judy Martin mentioned to me from time to time speaking to Joe D'Agata about Billy Martin's conduct. It was well known that Billy Martin was constantly harassing Judy Martin. Based on conversations that Judy Martin and I had, I know that she continuously went to Joe D'Agata and reported Billy Martin's behavior and was ignored. While I cannot pinpoint the exact dates, I believe the majority of her complaints to Joe D'Agata occurred at or before mid-April.

10. I was asked to and did sign a statement that I was not a witness to the groping incident. I did tell Phil Davis at that time that I had witnessed Billy Martin being sexually aggressive toward Judy Martin on several occasions. Phil Davis showed no concern about this and did not put it in the statement.

11. Judy Martin did not dress, talk, or act provocatively toward the men in the workplace. She acted professionally. She did not tell off color jokes.

Date: 11-29-04

_Robert Loder_

Subscribed and sworn to before me this 29th day of November, 2004.

_Michelle Short_
Notary Public/Justice of the Peace
My Commission Expires: Aug 23, 2005

2

OFFICIAL SEAL
MICHELLE SHORT
NOTARY PUBLIC – N.H.
My Comm. Expires Aug. 23, 2005