UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JUDY (KINNEY) MARTIN,<br>          Plaintiff,<br>v.<br>STERICYCLE, INC. and BIOSYSTEMS,<br>          Defendants. | Civil Action No. 1:04-cv-12027-NMG |

**MOTION BY DEFENDANTS STERICYCLE, INC. AND BIOSYSTEMS
TO FILE REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR
PARTIAL SUMMARY JUDGMENT**

Defendants Stericycle, Inc. and BioSystems (collectively, the "Defendants") hereby move, pursuant to Rule 7.1(B)(3) for leave to file the accompanying reply brief in Support of Defendants' Motion for Partial Summary Judgment on Counts III and IV.

As grounds for this motion, the Defendants state that Plaintiff's Motion in Opposition to Defendants' Motion for Partial Summary Judgment, and its accompanying memorandum of law, offers an incomplete, and thus potentially misleading, description of the applicable vacation policy contained in the Collective Bargaining Agreement governing BioSystems' Haverhill facility and a separate vacation policy in the Stericycle Employee Handbook. Additionally, Plaintiff's Motion in Opposition contains new allegations that Defendants believe contradict her deposition testimony making it necessary to continue discovery on certain issues.

The Defendants now seek leave to file a 5-page reply brief in Support of Defendants' Motion for Partial Summary Judgment. The Defendants respectfully submit that their supporting memorandum and reply brief will assist the Court in framing and resolving the relevant legal issues.

3788272v1

WHEREFORE, Defendants respectfully request that this Court grant them leave to file a reply brief.

                                              Respectfully submitted,

                                              Stericycle, Inc. and
                                              Scherer Healthcare, Inc. d/b/a Bio Systems,

                                              By Their Attorneys,


                                              /s/ Lisa Gaulin
                                              Thomas E. Shirley (BBO # 542777)
                                              Lisa M. Gaulin (BBO # 654655)
                                              Choate, Hall & Stewart
                                              Exchange Place
                                              53 State Street
                                              Boston, MA 02109-2804
                                              Telephone: (617) 248-5000
                                              Facsimile: (617) 248-4000

                                              Steven L. Hamann (admitted *pro hac vice*)
                                              Aaron R. Gelb (admitted *pro hac vice*)
                                              Vedder, Price, Kaufman & Kammholz, P.C.
                                              222 North LaSalle Street
                                              Suite 2600
                                              Chicago, IL 60601-1003
                                              Telephone: (312) 609-7500
                                              Facsimile: (312) 609-5005

Dated:     January 11, 2005

3788272v1

Certification of Conference

Pursuant to Local Rule 7.1(A)(2), I, Aaron R. Gelb, hereby certify that I have made a good-faith effort to confer on this issue with Plaintiff's counsel, Richard Couser, prior to filing this motion. Mr. Couser does not oppose this motion.

_____
Aaron R. Gelb