JUDY A. KINNEY
June 9, 2004

 COPY

Page 1

1      COMMONWEALTH OF MASSACHUSETTS

2   MASSACHUSETTS COMMISSION AGAINST DISCRIMINATION

3

4

5   ***************************************************

6   JUDY A. KINNEY,

7        Complainant

8   v.                    No. 03BEM01413

9   STERICYCLE, INC. d/b/a

      BIOSYSTEMS

10

11        Respondents

12  ***************************************************

13

14

15        DEPOSITION OF:   JUDY A. KINNEY

16             POTHIER LAW OFFICES

17              86 SUMMER STREET

18            HAVERHILL, MA  01830

19        June 9, 2004     9:00 a.m.

20

21              Mary Jo Boxer

22              Court Reporter

23

24

**JUDY A. KINNEY**
June 9, 2004

Page 34

1  told you that D'Agata had observed what had occurred,
2  correct?
3      A.  Correct.
4      Q.  Edward Cox, was he present on April 30,
5  2003?
6      A.  I don't remember.
7      Q.  So I take it then you don't claim that he
8  told you that Mr. D'Agata had observed what had occurred
9  between you and Mr. Martin, correct?
10     A.  Correct.
11     Q.  John Farias, was he present on April 30th
12 when this allegedly occurred?
13     A.  Never heard of him.
14         MR. SALMONSEN:  Johan.
15     Q.  (By Mr. Hamann)  Johan Farias,
16 F-A-R-I-A-S.
17         Do you need a break?  We'll take a short
18 break.
19         (Brief recess.)
20         MR. HAMANN:  Counsel, are you ready?
21         MR. COUSER:  Yes.
22         MR. HAMANN:  It's about 9:40 after a short
23     break.
24     Q.  (By Mr. Hamann)  Are you ready,

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Providence, RI   Manchester, NH

JUDY A. KINNEY
June 9, 2004

Page 75

1  present? What have they specifically told you that put
2  you out of the job market, not generally, Ms. Martin,
3  but specifically?
4      A.     Because of my anxiety and my...
5      Q.     Take your time.
6             MR. COUSER: Take a break for a minute.
7             MR. HAMANN: Let's take a break. Let the
8      record reflect it's about 10:25. We will take a
9      short break.
10            (Brief recess.)
11     Q.     (By Mr. Hamann) Ms. Martin, I think you
12 testified that since June 2003, from resigning from
13 BioSystems, you have been seeing the psychiatrist and
14 the therapist, correct?
15     A.     Correct.
16     Q.     When did they first tell you that you were
17 not fit to look for work?
18     A.     At the very beginning.
19     Q.     So it would be as of June 2003, they told
20 you that?
21     A.     The first time.
22     Q.     Pardon me?
23     A.     The first time.
24     Q.     Do you recall the month when you first

JUDY A. KINNEY
June 9, 2004

Page 98

1    A.    I told him everything that happened.

2    Q.    Tell me specifically what you told him in
3 May 2003, not generally but specifically, Ms. Kinney, I
4 mean Ms. Martin, sorry.

5    A.    I told him we were at a meeting.

6    Q.    Meeting was when?

7    A.    It had to have been the 30th.

8    Q.    April 30, 2003, okay, go ahead.

9    A.    After the meeting was over, I turned my
10 back to read the bulletin board, and I felt...

11         MR. COUSER: Take a break.

12         MR. HAMANN: I think, counsel, you know, I
13    have no objection to taking a break, as I've
14    indicated, but I have an objection if there's any
15    conferring between you and the witness because
16    there is a very critical question pending, and we
17    now are starting to get into the substance of her
18    matter. So while I would have no objection to
19    her taking a break, I would have an objection to
20    you talking to her.

21         MR. COUSER: The purpose is not to talk
22    about the question. The purpose is that she is
23    obviously in distress.

24         MR. HAMANN: I understand.

JUDY A. KINNEY
June 9, 2004

Page 99

1      MR. COUSER:  With the present
2  circumstances, she is crying and the record
3  should reflect that.
4      MR. HAMANN:  We will take a short break.
5  It's 11 o'clock.
6      MR. COUSER:  And hyperventilating.
7      (Brief recess.)
8      MR. HAMANN:  Let the record reflect that
9  we've taken about a 15-minute break.  It's now
10 11:15 that we are resuming.
11     Q.   (By Mr. Hamann)  Are you prepared to
12 resume, Ms. Martin?
13     A.   Yes.
14     Q.   Before the break, you were describing what
15 you told James Caldwell in May of 2003 about the
16 incident that you claim occurred with Mr. Martin on
17 April 30th; do you recall that testimony?
18     A.   Yes.
19     Q.   And I think you've testified so far that
20 you turned your back to read the bulletin board; would
21 that be accurate?
22     A.   Yes.
23     Q.   And at that point, you felt -- and then
24 you stopped your testimony.  Can we pick up from there,

**JUDY A. KINNEY**
**June 9, 2004**

Page 136

1    Q.   (By Mr. Hamann)  What is it that you need
2  to look at to help refresh that recollection?
3    A.   Nothing.
4    Q.   Pardon me?
5    A.   Nothing.  There's nothing to look at.
6    Q.   All right then, other than vacation time
7  that you have pled in your charge dated June 20, 2003,
8  what other term and condition of employment do you claim
9  was denied to you, if any?
10   A.   I don't know.  I can't.
11   Q.   There weren't any others, correct?
12   A.   I don't know.
13   Q.   Well, then let's see if we can begin to
14  close that loop.  What, if any, other document do you
15  need to look at?
16        MR. HAMANN:  In fact, off the record.
17        (Off the record discussion.)
18        MR. HAMANN:  Let the record reflect that
19   Ms. Kinney needs an additional break.  It's noon.
20   We will take a short break.  Off the record.
21        (Brief recess.)
22        MR. HAMANN:  After a short break, it's
23   12:05, and we have a stipulation in connection
24   with Kinney Deposition Exhibit 8, and

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Providence, RI   Manchester, NH

**JUDY A. KINNEY**
**June 9, 2004**

Page 202

```
 1    A.    I don't know.
 2    Q.    Does that exhaust your recollection with
 3  respect to the last time you spoke to Mr. Salmonsen or
 4  he spoke to you about the Martin allegations?
 5    A.    Yes.
 6         MR. HAMANN:  Let us take a short break.
 7    It's 1:30.  Off the record.
 8         (Brief recess.)
 9         MR. HAMANN:  Back on the record.  It's
10    1:40.  Counsel, by agreement, we are going to
11    continue without a lunch break.  Is that fair?
12         MR. COUSER:  Yes.
13    Q.    (By Mr. Hamann)  I want to briefly
14  return -- you testified that as of May 23, 2003, you had
15  decided at that point you were going to resign; do you
16  recall that testimony?
17    A.    I believe so.
18    Q.    Pardon me?
19    A.    I believe so.
20         MR. HAMANN:  Could you, counsel, help her
21    find Kinney Deposition No. 8?
22    Q.    (By Mr. Hamann)  Do you have that in front
23  of you?
24    A.    Yes.
```

Page 246

```
 1  Mike L'Italian, Nino, I don't know.  I don't know
 2  everybody.
 3        Q.    Okay, Nino, Loder, L'Italian, who else?
 4              MR. HAMANN:  Can you read back the names
 5        she cited, please?
 6              (Last answer read back as requested.)
 7        Q.    (By Mr. Hamann)  What did Mr. Lopez say to
 8  you that he had observed that had changed his -- your
 9  behavior toward him?  When did he say it and what did he
10  say?
11        A.    I don't remember what he said to me.
12        Q.    You don't recall when he said it, correct?
13        A.    No.
14        Q.    Correct?
15        A.    I -- yes, correct.
16        Q.    All right, and Nino, give me the full
17  name?
18        A.    I don't know his last name.
19              MR. HAMANN:  We are taking a short break,
20        it's about 2:35.
21              (Brief recess)
22        Q.    (By Mr. Hamann)  We are referring,
23  Ms. Martin, again back to Kinney Deposition Exhibit No.
24  8, the second page, and paragraphs 4 and 5 of the
```