UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JUDY (KINNEY) MARTIN )<br>Plaintiff )<br>)<br>vs. )<br>)<br>STERICYCLE, INC. AND )<br>SCHERER HEALTHCARE, INC. )<br>d/b/a BIOSYSTEMS )<br>Defendants )<br>) | DOCKET NO:<br>1:04-cv-12027-NMG |

## AFFIDAVIT OF RICHARD B. COUSER

Richard B. Couser, being duly sworn, says:

1. My name is Richard B. Couser. I am counsel for the plaintiff in this matter. I have personal knowledge of the matters herein stated.

2. I was present and representing the plaintiff at her deposition on June 9, 2004, during the pendency of her complaint before the Massachusetts Commission Against Discrimination. Also present at the deposition were defense counsel Steven Hamann, and defendants' representatives Marlynn Cohen and Richard Salmonsen.

3. The deposition had to be interrupted several times when plaintiff was unable to continue due to emotional distress. The distress was particularly acute, to my observation, when questioning addressed the groping incident of April 30, 2003. On one occasion, reported at pp. 98-99 of the deposition, plaintiff was in such obvious emotional distress that she was hyperventilating. I was concerned that the deposition might have to be suspended at that time to seek medical assistance for her.

4. Plaintiff expressed particularly distress at the presence of two managers from defendants who had dealt with the aftermath of her sexual harassment complaints. Although requested, defense counsel declined to ask them to remain outside the deposition room.

5.  On each occasion, plaintiff recovered sufficiently during breaks to be able to continue to be deposed and completed her deposition. However, in view of the obvious distress she was in during the deposition, I consulted her counselor, Fran Eisenman, MSW, LICSW, about how best to protect her emotional health during a redeposition in the pending action. Ms. Eisenman's notarized letter in response is attached to the Motion for Protective Order.

Dated: 1/12/05

Richard B. Couser

STATE OF NEW HAMPSHIRE
COUNTY OF MERRIMACK

Personally appeared the above-named, Richard B. Couser and made oath that the foregoing statements subscribed by him are true to the best of his knowledge and belief.

Dated: 1/12/05

Notary Public/~~Justice of the Peace~~
My commission expires: 6/4/08

GENEVIEVE J. VAN BEAVER
Notary Public, State of New Hampshire
My Commission Expires June 4, 2008