Fran Eisenman, MSW, LICSW
Arbour Counseling
116 Summer Street
Haverhill, MA 01830
January 4, 2005

Re: Judy Martin Deposition

Dear Attorney Couser:

I am writing this letter regarding future depositions involving my client, Judy Martin. I have strong concerns about Ms. Martin's ability to cope with the stress triggered by the deposition experience.

Ms. Martin was deposed on an earlier occasion and was deeply distressed for some time after the completion of the deposition. Several factors contributed to her distress at that time. It is my professional opinion that another similar experience would be extremely detrimental to Ms. Martin's mental and emotional health.

One factor that was particularly disturbing to Ms. Martin during the earlier deposition was the presence in the room of representatives of the management of her previous employer. Ms. Martin perceived these people as hostile and intimidating. A second factor was the absence of people in the room from whose presence Ms. Martin could derive emotional strength and reassurance. An additional stressor was the prohibition against Ms. Martin consulting or communicating with you, her attorney, about appropriate procedure and legal protocol including her rights, during the deposition itself.

It is my professional recommendation that several changes in procedure be instituted in order to prevent the panic attacks, hyperventilation and dissolution into crying spells that Ms. Martin suffered during her first experience, and in the days and weeks following the deposition.

Firstly, I respectfully request that I, as her mental health counselor and advocate, be present in the room as moral support and for the purpose of emotional reassurance as Ms. Martin is deposed. Secondly, no representatives of Ms. Martin's former employer should be present in the room. Thirdly, due to Ms. Martin's struggle with self-esteem and personal confidence since her traumatic experiences in the workplace, I also recommend that there be no additional observers in the room other than essential legal representatives and I. I also recommend that Ms. Martin be permitted to approach and to communicate with you, her attorney, about legal procedures and her rights, as well as her emotional condition, as the deposition progresses.

I make these recommendations based on my direct observation of Ms. Martin's symptoms of Post Traumatic Stress Disorder, including a high level of anxiety, panic attacks, fearfulness, flashbacks, difficulty concentrating, and the submersion of traumatic memories.

I remain available to discuss this matter and my recommendations further as needed to protect Ms. Martin's health and well being as the legal process is served.

Sincerely,

*Fran Eisenman LICSW*

Fran Eisenman, MSW, LICSW

---

**The Commonwealth of Massachusetts**

ESSEX , s.s.   Date 1/5/05
(county)

Then personally appeared the above named

FRAN EISENMAN

and acknowledged the foregoing instrument to be his/her free act and deed, before me,

*Christopher Johnstone*

CHRISTOPHER S. JOHNSTONE, Notary Public
My Commission Expires October 1, 2010

**ARBOUR COUNSELING SERVICES**
*A Division Of Arbour Health System*

**Progress Notes**

Client Name: Judy Martin                             D.O.B. _____

Problem: PTSD, depression, anxiety, IDDM

**Current symptoms and behaviors related to the problem:**

fearfulness, chest pain, shortness of breath, panicky feelings, poor self esteem, poor body image, hypervigilence, hypersensitivity, absent sex drive, poor sleep, flashbacks, nightmares, appetite changes, poor concentration, poor memory

**Focus of the Session:**

discussion of pt. feelings of relief to have located and been accepted by new lawyer for sexual harrassment proceeding; pt. identifying fears and panic re: need to testify in deposition hearing with members of former employer company present, pt. fears freezing up and not remembering important info

**Specific therapeutic interventions during session:** (relate to goal and impairments)

- ❏ Symptom management, skill building
- ❏ Assertiveness & interactive skill training
- ❏ Behavior Modification Techniques
- ❏ Role play/modeling of appropriate behaviors/reactions
- ❏ Enhancement of communication skills (family, peers, work)
- ❏ Reality-testing Enhancement
- ❏ Positive reinforcement for appropriate behavior
- ❏ Reflective listening and reassurance
- ❏ EMDR
- ❏ Appropriate Sexual Behaviors
- ❏ Assist with problem solving
- ❏ Reframing & focus on successes
- ❏ Encouragement of independent action
- ❏ Encourage to participate in group process
- ❏ Confrontation of inappropriate behaviors
- ❏ Cognitive-Behavior Techniques
- ❏ Stress Management techniques
- ❏ Parenting Skills
- ❏ Peer Relationships
- ❏ Other _____

**Observational clinical response:** (client's response to the session using behavioral terms and evidence of progress)

pt. fears failure as witness

pt. overwhelmed by legal process

pt. fearful of making mistakes

pt. displays extreme symptoms of depression and PTSD

pt. receptive to support and feedback

pt. has tried to use self calming strategies with limited success

**Recommendations and Treatment Plan Revisions**, as indicated:

con't 1x wk to assist with sx management and problem solving

_____   6 / 4 /04
SIGNATURE/DEGREE                            DATE

01-REV-10/99

**ARBOUR COUNSELING SERVICES**
*A Division Of Arbour Health System*

**Progress Notes**



**Client Name:** Judy Martin          **D.O.B.** _____

**Problem:** PTSD, depression, anxiety, IDDM

**Current symptoms and behaviors related to the problem:**
tearful, agitation, worry, poor self esteem, poor body image
memory loss, flashbacks, nightmares, hypervigilence, hypersensitivity,
feeling unsafe, poor concentration, labile moods, anhedonia, poor
sleep, poor libido

**Focus of the Session:**
discussion of pt. feelings about deposition completed for sexual
harrassment case and pt. fears that her concentration and memory
issues compromised her ability to convey her story. Pt explored her
feelings of being blamed for incident and her shock at way other lawyer
talked to her

**Specific therapeutic interventions during session:** (relate to goal and impairments)
- ❏ Symptom management, skill building
- ❏ Assertiveness & interactive skill training
- ❏ Behavior Modification Techniques
- ❏ Role play/modeling of appropriate behaviors/reactions
- ❏ Enhancement of communication skills (family, peers, work)
- ❏ Reality-testing Enhancement
- ❏ Positive reinforcement for appropriate behavior
- ❏ Reflective listening and reassurance
- ❏ EMDR
- ❏ Appropriate Sexual Behaviors
- ❏ Assist with problem solving
- ❏ Reframing & focus on successes
- ❏ Encouragement of independent action
- ❏ Encourage to participate in group process
- ❏ Confrontation of inappropriate behaviors
- ❏ Cognitive-Behavior Techniques
- ❏ Stress Management techniques
- ❏ Parenting Skills
- ❏ Peer Relationships
- ❏ Other _____

**Observational clinical response:** (client's response to the session using behavioral terms and evidence of progress)
pt. feels stupid and unable to think clearly
pt. is becoming aware of all she has lost as she repeats her story
of why she can no longer work as a trucker
pt. fears her memory and concentration will not return
affect worried and tearful
receptive to support and encouragement

**Recommendations and Treatment Plan Revisions,** as indicated:

con't 1x wk to assist with resources, encourage growth of insight
and assist with coping

next appt 6/18/04

_____ LCSW          6/11/04
**SIGNATURE/DEGREE**                          **DATE**

01-REV-10/99

**ARBOUR COUNSELING SERVICES**
*A Division Of Arbour Health System*

**Progress Notes**

Client Name: Judy Martin                     D.O.B. _____

Problem: PTSD, depression, anxiety, panic attacks, IDDM

**Current symptoms and behaviors related to the problem:**
shakiness, shortness of breath, poor concentration, feeling overwhelmed, poor self esteem, worry, poor self confidence, low energy, low libido, interrupted sleep

**Focus of the Session:**
discussion of pt. feelings re: stress of deposition and legal process and pt. inability to put away thoughts of her trauma due to recent testimony and need to review documents; increase in nightmares/ panic attacks

**Specific therapeutic interventions during session:** (relate to goal and impairments)
- ☐ Symptom management, skill building
- ☐ Assertiveness & interactive skill training
- ☐ Behavior Modification Techniques
- ☐ Role play/modeling of appropriate behaviors/reactions
- ☐ Enhancement of communication skills (family, peers, work)
- ☐ Reality-testing Enhancement
- ☐ Positive reinforcement for appropriate behavior
- ☐ Reflective listening and reassurance
- ☐ EMDR
- ☐ Appropriate Sexual Behaviors
- ☐ Assist with problem solving
- ☐ Reframing & focus on successes
- ☐ Encouragement of independent action
- ☐ Encourage to participate in group process
- ☐ Confrontation of inappropriate behaviors
- ☐ Cognitive-Behavior Techniques
- ☐ Stress Management techniques
- ☐ Parenting Skills
- ☐ Peer Relationships
- ☐ Other _____

**Observational clinical response:** (client's response to the session using behavioral terms and evidence of progress)
pt. affect worried and overwhelmed
pt. verbalizing feelings clearly
pt. able to make the connection between recent legal process and increase in flashbacks, nightmares and panicky feelings

**Recommendations and Treatment Plan Revisions, as indicated:**
con't 1x wk after therapist vacation

next appt 7/15/04

_Fran Eisenman LCSW_     6/24/04
SIGNATURE/DEGREE               DATE

01-REV-10/99