IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

JUDY (KINNEY) MARTIN,

    Plaintiff,

v.

STERICYCLE, INC. and SCHERER
HEALTHCARE, INC. d/b/a BIOSYSTEMS,

    Defendants.

No. 1:04-cv-12027-NMG

## REPORT OF THE PARTIES' PLANNING MEETING

Plaintiff, Judy (Kinney) Martin and Defendants, Stericycle, Inc. and Scherer Healthcare, Inc. d/b/a BioSystems, submit this Supplemental Report as an addendum to the Planning Report they submitted pursuant to FRCP 16(b) & (c), 26(f) and Local Rule 16.1 on November 23, 2004.

1. Plaintiff filed a 9-count Complaint on September 17, 2004 and served it by mail. After Plaintiff voluntarily dismissed Counts V through IX, Defendants answered on November 29, 2004.

2. On December 7, 2004, Defendants filed a Motion for Partial Summary Judgment regarding Counts III and IV. The briefing was concluded when Defendants filed their Motion for Leave to File a Reply on January 11, 2005.

3. On January 12, 2005, Plaintiff filed a Motion for a Protective Order seeking to bar certain corporate representatives from Plaintiff's deposition and to allow her therapist to be present during the deposition. Defendants filed their Response on January 26, 2005.

4. The parties have attempted to nonetheless proceed with fact discovery. The

CHICAGO/#1305000.2 2/1/05

parties have exchanged Rule 26(a)(1) disclosures and written discovery. The parties are now ready to begin fact witness depositions, but are awaiting the Court's ruling on the outstanding motions that impact both who may attend the Plaintiff's deposition as well as the issues that remain in the case.

5. In light of the above considerations, the parties propose the discovery plan be revised as follows:

a. All discovery commenced in time to be completed by July 1, 2005.

b. Reports from retained experts pursuant to Rule 26(a)(2) due from Plaintiff by May 2, 2005, and due from Defendants by June 3, 2005. Depositions of the parties' respective experts shall be completed within one month of the disclosure deadline.

c. All potentially dispositive motions should be filed by July 29, 2005. Responses to dispositive motions should be filed by August 31, 2005. If Defendants seek leave to file a reply, they shall do so by September 16, 2005.

| JUDY (KINNEY) MARTIN | STERICYCLE, INC. and SCHERER HEALTHCARE, INC. d/b/a BIOSYSTEMS |
|---|---|
| By: _____ One of Her Attorneys | By: _____ One of Their Attorneys |

CHICAGO/#1305000.2 2/1/05

Richard B. Couser (BBO#645543)
D'Amante, Couser, Steiner & Pellerin, P.A.
Nine Triangle Park Drive
P.O. Box 2650
Concord, NH 03302-2650
(603) 224-6777
Fax: (603) 224-6696

Thomas E. Shirley (BBO # 542777)
Lisa M. Gaulin (BBO # 645655)
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA 02109-2804
(617) 248-5000
Fax (617) 248-4000

Steven L. Hamann
Aaron R. Gelb
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601-1003
(312) 609-7500
Fax: (312) 609-5005

Dated: February 2, 2005