**D'AMANTE COUSER STEINER PELLERIN, P.A.**
ATTORNEYS AT LAW
NINE TRIANGLE PARK DRIVE
P.O. BOX 2650
CONCORD, NEW HAMPSHIRE 03302-2650
EMAIL: damante@damantelaw.com
www.damantelaw.com

RAYMOND P. D'AMANTE *
RICHARD B. COUSER **
R. JAMES STEINER
BRYAN L. PELLERIN **
GAYLE M. BRALEY ***

* ALSO ADMITTED IN NY AND CA
** ALSO ADMITTED IN MA
*** ALSO ADMITTED IN VA AND
DISTRICT OF COLUMBIA
TELEPHONE: 603-224-6777
FAX: 603-224-6696

March 23, 2005

Tony Anastas
Clerk of Court
United States District Court - District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 2300
Boston, MA  02210

RE:   Judy (Kinney) Martin v. Stericycle, Inc., and Scherer Healthcare, Inc. d/b/a Bio Systems
      Docket No.: 1:04-cv-12027-NMG

Dear Clerk Anastas:

At the scheduling conference on March 22, Judge Gorton requested that we advise the court of any conflicts with a trial scheduled for February 6, 2006.

Attached hereto is a Structuring Order in the matter of Bogursky, et als v. Optima Health, et als, Hillsborough County North, New Hampshire, docket no. 01-C- 686, which assigns the case for a #1 assignment for two weeks for Feb. 2006. The clerk's office advises us that the case is scheduled for final pretrial on February 10, with jury selection February 21, 2006.

To avoid the possibility of this trial conflicting with the Bogursky trial, as well as the possibility of back-to-back trial assignments without preparation time in between, I would prefer an earlier trial assignment, if possible, for this matter. I have no conflicts in January, 2006 for an assignment at an earlier date.

Tony Anastas
Clerk of Court
March 23, 2005
Page 2

    Please feel free to contact me if you have any questions or concerns.

                                     Very truly yours,

                                     Richard B. Couser

RBC/gvb
Enclosure

cc w/enclosure:
    Steven L. Hamann, Esq.
    Aaron R. Gelb, Esq.
    Lisa M. Gaulin, Esq.

# THE STATE OF NEW HAMPSHIRE
## Northern District of Hillsborough County
300 Chestnut Street
Manchester, NH 03101 2490
603 669-7410

## NOTICE OF DECISION

```
RICHARD B COUSER ESQ
D'AMANTE COUSER STEINER PELLERIN
P O BOX 1750
CONCORD NH 03302-1750
```

01-C-0686 Stephen I. Bogursky, M.D., etal v. Optima Health, Inc., etal

Enclosed please find a copy of the Court's Order dated 6/28/2004 relative to:

### Structuring Conference Order

06/30/2004

John Safford
Clerk of Court

cc: Arpiar G Saunders, Jr., Esq.
    Gordon A Rehnborg, Jr., Esq.
    William H Craig, Esq.

AOC Form SUCP050 (Rev. 09/27/2001)

THE STATE OF NEW HAMPSHIRE

STRUCTURING ORDER

COUNTY OF HILLSBOROUGH                    DOCKET #<u>01-C-686</u>

<u>Stephen I. Bogursky, M.D., et als</u> v. <u>Optima Health, Inc., et al</u>

Plaintiff's Counsel                        Defendant's Counsel

<u>Richard</u> B. Couser, Esq.                    Arpiar G. Saunders, Esq.

_____            <u>Gordon A. Rehnborg, Esq.</u>
_____            <u>William H. Craig, Esq.</u>

Type of Case____<u>Negligence</u>_____

Return Date_____<u>October, 2001</u>_____

Insurance Carrier (if applicable Discovery Schedule)_____

Completion of Discovery __*Nov. 1, 2005*_____

Pre-trial statements due (30 days after discovery closes)__*Dec. 1, 2005*__
* Failure to file pre-trial statements will result in entry of a
  default order.*

ALL DISPOSITIVE MOTIONS DUE 60 DAYS AFTER COMPLETION OF DISCOVERY

Limine Motions Deadline__*Dec. 1, 2005, with responses due Jan. 1, 2006*__

Anticipated Trial date__*Feb. 2006 (two weeks - "#1 assignment")*__

Anticipated Length of Trial_____

Depositions/Non-expert – PLF_____        DFT_____

Disclosure of Experts - PLF *Nov. 1, 2004*      DFT *Feb. 1, 2005*
*and Reports*

Depositions of Experts – PLF_____        DFT_____

Pending or contemplated motions_____

ADR Election (NE, MED, NBA, BA) *The parties have agreed to private mediation during the Summer of 2005. Counsel shall advise the Court by letter as to the scheduling of the mediation.*

Ready for ADR (not to exceed 1 year from RD)_____

Other *A two-hour final pretrial conference/motions hearing shall be scheduled approximately two weeks before trial.*

NO CHANGES IN THE ABOVE STRUCTURING ORDER SHALL BE ALLOWED EXCEPT ON WRITTEN MOTION AND FOR GOOD CAUSE SHOWN.

Date: *June 28, 2004*                    Presiding Justice _____

cc:

