IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

JUDY (KINNEY) MARTIN,

    Plaintiff,

v.

STERICYCLE, INC. and SCHERER
HEALTHCARE, INC. d/b/a BIOSYSTEMS,

    Defendants.

No. 1:04-cv-12027-NMG

**JOINT MOTION TO EXTEND FACT DISCOVERY**

Plaintiff, Judy (Kinney) Martin and Defendants, Stericycle, Inc. and Scherer Healthcare, Inc. d/b/a BioSystems, jointly ask this Court to modify the discovery plan by extending fact discovery (depositions) so that it concludes on the same date that expert discovery ends.

1. Plaintiff filed a 9-count Complaint on September 17, 2004. After Plaintiff voluntarily dismissed Counts V through IX, Defendants answered on November 29, 2004.

2. On December 7, 2004, Defendants filed a Motion for Partial Summary Judgment regarding Counts III and IV. This motion remains pending.

3. Plaintiff submitted to a Rule 35 mental examination, but Defendants are still attempting to obtain records from an Employee Assistance Program provider before proceeding with Plaintiff's deposition.

4. On April 30, 2005, the Court ordered that the parties complete fact witness depositions by July 30, 2005 and expert depositions by October 15, 2005.

5. Plaintiff's counsel will be on vacation from July 15 through July 29, 2005.

6.  The parties do not anticipate that the October 15 discovery close or November 15, 2005 dispositive motion deadlines will be affected if this extension is granted.

7.  In light of the above considerations, the parties propose the discovery plan be revised so that all depositions (fact and expert) be completed by October 15, 2005.

| JUDY (KINNEY) MARTIN | STERICYCLE, INC. and SCHERER HEALTHCARE, INC. d/b/a BIOSYSTEMS |
|---|---|
| By: *[signature]* | By: *[signature] Lisa Gaulin* |
| Her Attorney | One of Their Attorneys |

Richard B. Couser (BBO#645543)
D'Amante, Couser, Steiner & Pellerin, P.A.
Nine Triangle Park Drive
P.O. Box 2650
Concord, NH 03302-2650
(603) 224-6777
Fax: (603) 224-6696

Thomas E. Shirley (BBO # 542777)
Lisa M. Gaulin (BBO # 645655)
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA 02109-2804
(617) 248-5000
Fax (617) 248-4000

Steven L. Hamann
Aaron R. Gelb
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601-1003
(312) 609-7500
Fax: (312) 609-5005

Dated: July 1, 2005