# EMPLOYEE TIME OFF REQUEST FORM

NAME: _Judy Kinney_   DATE TODAY: _4-29-03_

DEPARTMENT / POSITION: _Driver/Tech_   HIRE DATE: _11-27-02_

THIS FORM MUST BE SUBMITTED TO SUPERVISOR **TWO(2) WEEKS PRIOR** TO REQUESTED TIME OFF.
EMPLOYEE WILL NEED FINAL APPROVAL FROM THEIR SUPERVISOR **BEFORE** TAKING ANY TIME OFF.
EMPLOYEES WHO FAIL TO COMPLETE THIS FORM AND OBTAIN APPROVAL
THEIR SUPERVISOR MAY BE REFUSED REQUESTED TIME OFF.

CHOOSE **ONE** OF THE FOLLOWING:

- PERSONAL DAY   DATE: _5-31-03_   RETURN: _6/2/03_   ADVANCE VACATION PAY
- VACATION   LEAVE: _____   TO: _____   [ ] YES
- JURY DUTY   FROM: _____   TO: _____   [ ] NO
- COURT / PERSONAL   FROM: _____   TO: _____
- OTHER: _____

**NOTE: THE MAXIMUM ADVANCE OF VACATION PAY IS ONE WEEK.**

SUPERVISOR'S APPROVAL:

_X_ APPROVED AS REQUESTED

___ APPROVED WITH CHANGES AS FOLLOWS: _____

___ DENIED FOR THE FOLLOWING REASON: _____

APPROVED BY: _[signature]_   DATE: _5/2/03_

TITLE: _Operations Coordinator_

ACCOUNTING APPROVAL FOR ADVANCED VACATION PAY

___ APPROVED AS REQUESTED

___ DENIED AS FOLLOWS: _____

APPROVED BY: _____   DATE: _____

TITLE: _____

S111