UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JUDY (KINNEY) MARTIN,<br><br>        Plaintiff,<br>v.<br><br>STERICYCLE, INC. and<br>SCHERER HEALTHCARE, INC. d/b/a<br>BIOSYSTEMS,<br><br>        Defendants. | Civil Action No. 1:04-cv-12027-NMG |

## NOTICE OF CHANGE OF ADDRESS OF COUNSEL

TO THE CLERK AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that, as of **Monday, August 1, 2005**, the address of Choate, Hall & Stewart LLP, local counsel for Defendants Stericycle, Inc. and Scherer Healthcare, Inc. d/b/a BioSystems, will change to Two International Place, Boston, MA 02110. The telephone number of counsel and their individual electronic mail addresses will remain the same.

                                      Respectfully submitted,

                                      Stericycle, Inc. and
                                      Scherer Healthcare, Inc. d/b/a BioSystems,

                                      By Their Attorneys,

                                      /s/ Lisa Gaulin
                                      Thomas E. Shirley (BBO # 542777)
                                      Lisa M. Gaulin (BBO # 654655)
                                      Choate, Hall & Stewart LLP
                                      Two International Place
                                      Boston, MA 02110
                                      Telephone:  (617) 248-5000
                                      Facsimile:  (617) 248-4000

        Steven L. Hamann (admitted *pro hac vice*)
        Aaron R. Gelb (admitted *pro hac vice*)
        Vedder, Price, Kaufman & Kammholz, P.C.
        222 North LaSalle Street
        Suite 2600
        Chicago, IL 60601-1003
        Telephone: (312) 609-7500
        Facsimile: (312) 609-5005

Dated: August 1, 2005