IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| JUDY (KINNEY) MARTIN,<br><br>      Plaintiff,<br><br>v.<br><br>STERICYCLE, INC. and SCHERER HEALTHCARE, INC. d/b/a BIOSYSTEMS,<br><br>      Defendants. | No. 1:04-cv-12027-NMG |

## JOINT MEDIATION REPORT

Plaintiff, Judy (Kinney) Martin and Defendants, Stericycle, Inc. and Scherer Healthcare, Inc. d/b/a BioSystems, submit this Joint Mediation Report as ordered by the Court:

1. The parties believe mediation is appropriate in this matter at or near the conclusion of fact and expert discovery.

2. The parties prefer to utilize the services of a private mediator.

3. The parties shall confer regarding acceptable mediators and shall inform the Court once a mediator is selected. The parties shall also inform the Court of the date that the mediation shall take place.

| | |
|---|---|
| JUDY (KINNEY) MARTIN | STERICYCLE, INC. and SCHERER HEALTHCARE, INC. d/b/a BIOSYSTEMS |
| By: /s/Richard B. Couser<br>One of Her Attorneys | By: /s/Lisa M. Gaulin<br>One of Their Attorneys |
| Richard B. Couser (BBO#645543)<br>D'Amante, Couser, Steiner & Pellerin, P.A.<br>Nine Triangle Park Drive<br>P.O. Box 2650<br>Concord, NH 03302-2650<br>(603) 224-6777<br>Fax: (603) 224-6696 | Thomas E. Shirley (BBO # 542777)<br>Lisa M. Gaulin (BBO # 645655)<br>Choate, Hall & Stewart<br>Two International Place<br>Boston, MA 02110<br>(617) 248-5000<br>Fax (617) 248-4000<br><br>Steven L. Hamann<br>Aaron R. Gelb<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>222 North LaSalle Street, Suite 2600<br>Chicago, IL 60601-1003<br>(312) 609-7500<br>Fax: (312) 609-5005<br><br>Dated: September 15, 2005 |