IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| JUDY (KINNEY) MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>STERICYCLE, INC. and SCHERER HEALTHCARE, INC. d/b/a BIOSYSTEMS,<br><br>Defendants. | No. 1:04-cv-12027-NMG |

## JOINT MOTION TO STAY DISCOVERY
## AND EXTEND DISPOSITIVE MOTION DEADLINE

Plaintiff, Judy (Kinney) Martin and Defendants, Stericycle, Inc. and Scherer Healthcare, Inc. d/b/a BioSystems, jointly ask this Court to stay discovery and extend the dispositive motion date.

1. Plaintiff filed a 9-count Complaint on September 17, 2004. There are presently two counts remaining – sexual harassment claims under Title VII and Massachusetts state law.

2. The parties recently completed five fact witness depositions and the deposition of Plaintiff's therapist. The parties have exchanged expert disclosures and still must complete the following depositions: Ronald Schouten (plaintiff's mental health expert); Alison Fife (defendants' mental health expert); Plaintiff Judy Martin and managers Phil Davis and Rick Salmonsen.

3. On September 15, 2005, the parties filed a Joint Report stating that they wished to proceed to mediation at the close of discovery with a private mediator. In light of the significant expenses associated with the completion of fact and expert discovery, the parties believe the chances of settlement would be enhanced if discovery is stayed and the dispositive motion

CHICAGO/#1389266.1 6/29/05
3989401v1

deadline briefly extended while the parties proceed directly to mediation.

4. The parties have agreed upon a mediator, Loretta Attardo, and can complete the mediation by November 11, 2005. In the event mediation is not successful, the parties can first complete the remaining three fact depositions by December 2, 2005. The parties can then schedule the remaining expert depositions after the dispositive motion deadline.

5. The parties do not believe it is necessary to alter the trial date.

WHEREFORE, the parties request that discovery be stayed and that the Court allow the parties until November 11, 2005 to complete the mediation; allow the parties until December 2 to complete fact discovery; extend the dispositive motion deadline until December 16, 2005; and allow the parties until January 13, 2006 to complete expert discovery.

| JUDY (KINNEY) MARTIN | STERICYCLE, INC. and SCHERER HEALTHCARE, INC. d/b/a BIOSYSTEMS |
|---|---|
| By: /s/Richard B. Couser<br>One of Her Attorneys | By: /s/Lisa M. Gaulin<br>One of Their Attorneys |
| Richard B. Couser (BBO#645543)<br>D'Amante, Couser, Steiner & Pellerin, P.A.<br>Nine Triangle Park Drive<br>P.O. Box 2650<br>Concord, NH 03302-2650<br>(603) 224-6777<br>Fax: (603) 224-6696 | Thomas E. Shirley (BBO # 542777)<br>Lisa M. Gaulin (BBO # 654655)<br>Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br>(617) 248-5000<br>Fax (617) 248-4000<br><br>Steven L. Hamann<br>Aaron R. Gelb<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>222 North LaSalle Street, Suite 2600<br>Chicago, IL 60601-1003<br>(312) 609-7500<br>Fax: (312) 609-5005<br><br>Dated: September 29, 2005 |