IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| JUDY KINNEY-MARTIN,<br><br>        Plaintiff,<br><br>v.<br><br>STERICYCLE, INC. AND<br>SCHERER HEALTHCARE, INC.<br>d/b/a BIOSYSTEMS,<br><br>        Defendants. | 1:04-cv-12027-NMG |

### JOINT STIPULATION TO DISMISS

The parties, by and through their counsel, hereby voluntarily stipulate that all aspects of the captioned matter shall be dismissed with prejudice, pursuant to F.R.C.P. 41(a)(1)(ii), with each party to bear its own costs and attorneys' fees.

- 2 -

Respectfully submitted this 18th day of November, 2005.

| JUDY KINNEY-MARTIN | STERICYCLE, INC. and BIOSYSTEMS, INC. |
|---|---|
| By:/s/Richard B. Couser<br>One of Her Attorneys | By:/s/Lisa M. Gaulin<br>One of Its Attorneys |
| Richard B. Couser (BBO: 645543)<br>D'Amante Couser Steiner Pellerin, P.A.<br>Nine Triangle Park Drive<br>P.O. Box 2650<br>Concord, NH 03302-2650<br>(603)-224-6777 | Steven L. Hamann<br>Aaron R. Gelb<br>VEDDER, PRICE, KAUFMAN & KAMMHOLZ, PC<br>222 North LaSalle Street, Suite 2600<br>Chicago, IL  60601-1003<br>(312) 609-7500<br><br>Thomas E. Shirley (BBO # 542777)<br>Lisa M. Gaulin (BBO # 654655)<br>Choate, Hall Stewart LLP<br>Two International Place<br>Boston, MA 02110<br>Tel. (617) 248-5000<br>Fax (617) 248-4000 |